# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ARSENAL RESOURCES DEVELOPMENT HOLDINGS 1 LLC, | Case No. 19-12352 (BLS) |
| Reorganized Debtor.[1] | Ref. Docket No. 35 |

**FINAL DECREE AND ORDER PURSUANT TO 11 U.S.C. §§ 105 AND 350, FED. R. BANKR. P. 3022 AND LOCAL RULE 3022-1 CLOSING CHAPTER 11 CASE AND TERMINATING CLAIMS AND NOTICING SERVICES**

Upon consideration of the motion (the "***Motion***")[2] of the Reorganized Debtor for entry of a final decree and order (this "***Final Decree***"), pursuant to sections 105(a) and 350(a) of the Bankruptcy Code, Bankruptcy Rule 3022 and Local Rule 3022-1(a), closing the Chapter 11 Case and terminating the Claims and Noticing Services provided by Prime Clerk in connection with the Chapter 11 Case and the chapter 11 cases of the other Debtors; and this Court having reviewed the Motion; and this Court finding good and sufficient cause for granting the relief as provided herein; and after proper notice and opportunity to respond to the Motion; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware,

---

[1] The last four digits of the Reorganized Debtor's federal tax identification number are 9647, and the Reorganized Debtor's mailing address is 6031 Wallace Road Ext., Suite 300, Wexford, PA 15090. The chapter 11 cases of the following affiliates of the Reorganized Debtor were closed effective as of January 7, 2020: Arsenal Energy Holdings LLC (6279); Arsenal Resources Intermediate Holdings LLC (5901); Arsenal Resources Energy LLC (2820); and Arsenal Resources Development Holdings 2 LLC (3020). The chapter 11 cases of the following affiliates of the Reorganized Debtor were closed effective as of January 13, 2020: Arsenal Resources Development LLC (4072); Arsenal Gas Marketing LLC (1113); Arsenal Midstream LLC (9654); Arsenal Water LLC (2465); Ulysses Gathering LLC (6546); Mar Key LLC (5428); Arsenal Resources LLC (3422); River Ridge Energy Holdings, LLC (8135); River Ridge Energy, LLC (5623); River Ridge Pennsylvania, LLC (5444); River Ridge Operating, LLC (4051); and Seneca-Upshur Petroleum, LLC (9204). *See* Chapter 11 Case No. 19-12347, Docket No. 231.

[2] Capitalized terms not defined herein shall have the meanings ascribed to them in the Motion.

25912969.5

dated February 29, 2012; and this matter being a core proceeding within the meaning of 28 U.S.C. § 157(b)(2); and this Court being able to issue a final order consistent with Article III of the United States Constitution; and venue of this proceeding and the Motion in this district being proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the relief requested in the Motion being in the best interests of the Reorganized Debtor and any parties in interest; and this Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Motion is GRANTED as set forth herein.

2. The chapter 11 case of Arsenal Resources Development Holdings 1 LLC (Case No. 19-12352) is hereby CLOSED effective as of the date of the entry of this Final Decree.

3. The entry of this Final Decree is without prejudice to the rights of the Reorganized Debtor, the U.S. Trustee or any other party to seek to reopen the Chapter 11 Case for cause pursuant to section 350(b) of the Bankruptcy Code.

4. The Reorganized Debtor shall file and serve on the U.S. Trustee any remaining quarterly reports and pay any quarterly fees due and owing pursuant to 28 U.S.C. § 1930(a)(6) in the Chapter 11 Case within thirty (30) days of the entry of this Final Decree. Entry of this Final Decree is without prejudice to the rights of the U.S. Trustee to reopen the Chapter 11 Case to seek appropriate relief in the event of an unresolved dispute over the payment of fees pursuant to 28 U.S.C. § 1930(a)(6) or the post-confirmation reports.

5. The Clerk of the Court shall enter this Final Decree on the docket of the Chapter 11 Case, and thereafter such docket shall be marked as "Closed."

6. Subject to the performance of any obligations of Prime Clerk pursuant to this Final Decree, Prime Clerk's services as claims and noticing agent for the Chapter 11 Case and the chapter 11 cases of the other Debtors are hereby terminated, and Prime Clerk shall be deemed formally discharged as claims and noticing agent for the Chapter 11 Case and the chapter 11 cases of the other Debtors without further order of this Court.

7. Pursuant to Local Rule 2002-1(f)(ix), within twenty-eight (28) days of the entry of this Final Decree, Prime Clerk shall: (i) forward to the Clerk of the Court an electronic version of all imaged claims; (ii) upload the creditor mailing list into CM/ECF; and (iii) docket a final claims register. Prime Clerk shall further box and transport all original claims to the Philadelphia Federal Records Center, 14470 Townsend Road, Philadelphia, Pennsylvania 19154, and docket a completed SF-135 Form indicating the accession and location numbers of the archived claims.

8. The Reorganized Debtor and its agents are authorized to take all actions necessary to effectuate the relief granted pursuant to this Final Decree in accordance with the Motion.

9. This Court shall retain jurisdiction to hear and determine any matters or disputes related to the Chapter 11 Case, including without limitation such matters set forth in Article X.A of the Plan and any matters or disputes relating to the effect of discharge and/or injunction provisions contained in the Plan and/or the Confirmation Order.

10. Notwithstanding the possible applicability of Rules 6004(h), 7062 or 9014 of the Bankruptcy Rules or otherwise, the terms and conditions of this Final Decree shall be immediately effective and enforceable upon its entry.

**Dated: March 23rd, 2020 Wilmington, Delaware**

**BRENDAN L. SHANNON UNITED STATES BANKRUPTCY JUDGE**